Per Curiam.

The bond is unquestionably sufficient to hold the defendant. Notwithstanding the extreme carelessness of the sheriff, or his clerk, the bond contains a sufficient description of the plaintiffs. Let the execution issue, as prayed for. (a)
ADDITIONAL NOTE.
[A bail bond with blank condition is void. — Perny vs. Dobbins, 2 Bai. 343. — Acc. Holding vs. Raphael, 5 Nev. M. 655.
See Bay vs. Hall, 7 Holst. 204. — Handley vs. Ewins, 4 Bibb, 505.— Saunders vs. Hughes, 2 Bai. 504.— Grottick vs. Phillips, 9 Bing. 721. — F. H.]

 [ Willis vs. Barrett, 2 Stark, c. 29. — Moller vs. Lambert, 2 Camp. 548. — Craig vs. Brown, 1 Peters's Rep. 139. — Scandover vs. Warne, 2 Camp. 270. — Ed.]